JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL GARCIA,<br><br>            Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No. CV 22-0344-JPR<br><br>**J U D G M E N T** |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT (1) Plaintiff's request for an order reversing the Acting Commissioner's decision and awarding her benefits or remanding the case for further proceedings is DENIED; (2) the Acting Commissioner's request to affirm her final decision is GRANTED; and (3) judgment is entered in the Acting Commissioner's favor.

DATED: January 20, 2023

_____
JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE